UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HELEN MERCIER, as the sole heir at law of her late mother, Edwina Mercier
Plaintiff

v.

HARBORSIDE RHODE ISLAND LIMITED PARTNERSHIP, by and through its General partner, HARBORSIDE HEALTH I. CORP., d/b/a HARBORSIDE HEALTH-CARE PAWTUXET VILLAGE
Defendant

C.A. No.:

**Jury Trial Demanded**

# COMPLAINT

## PARTIES

1. Plaintiff is a citizen of the state of Rhode Island and resides in Woonsocket, Rhode Island. She sues as the representative of her late mother, Edwina Mercier.

2. Defendant is a foreign limited partnership organized and existing under the laws of the Commonwealth of Massachusetts, and is sued by and through its general partner, a Delaware corporation.

## JURISDICTION

3. Jurisdiction is conferred upon this Honorable Court pursuant to 28 U.S.C. § 1332(a), this being an action between citizens of different states where the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

## GENERAL ALLEGATIONS

4. In September 2002, Plaintiff's decedent, Edwina Mercier (hereinafter referred to as "Plaintiff Edwina Mercier"), became a patient at Defendant's facility in Warwick, Rhode Island.

5. At all times material hereto, Plaintiff Edwina Mercier was mentally incompetent by virtue of a longstanding diagnosis of dementia.

6. While a patient at Defendant's Warwick, Rhode Island facility in September of 2002, Plaintiff Edwina Mercier was left unattended under circumstances where she suffered an unobserved fall.

7. The incident referred to in the immediately preceding paragraph caused substantial personal injury to Plaintiff Edwina Mercier, including a fractured hip.

8. Because of Plaintiff Edwina Mercier's medical condition, surgery could not be performed to repair her hip fracture.

9. As a result, Plaintiff Edwina Mercier's medical condition deteriorated, to the point where she died on November 13, 2002.

10. This action is brought pursuant to R.I.G.L. §§ 10-7-1, *et seq.* and 9-1-6.

**COUNT I**

11. The allegations set forth in paragraphs 1 through 10 above are incorporated herein as if set forth again in full.

12. As a consequence of Plaintiff Edwina Mercier's admission to Defendant's facility, there arose a professional relationship between Plaintiff Edwina Mercier as a patient and Defendant's facility.

13. As a result of the relationship referred to in the immediately preceding paragraph, Defendant had a duty to exercise that degree of skill that is expected of a reasonably competent facility in the same class to which it belongs, acting in the same or similar circumstances.

14. Defendant breached its duty of care as more fully described above.

15. As a direct and proximate result of Defendant's breach, Plaintiff Edwina Mercier suffered severe personal injuries, which necessitated the expenditure of sums in an effort to cure, relieve, and rehabilitate her therefrom, great pain and suffering, and ultimately a loss of life.

WHEREFORE, Plaintiff demands judgment against Defendant in a sum which exceeds

the jurisdictional requirements of this Court.

Plaintiff
By Her Attorney,

______________________

David J. Oliveira, Esq. (#2516)
155 South Main Street, Suite 305
Providence, RI 02903
(401) 274-9191
(401) 274-9190 (FAX)
Date: 10/20/05

***Plaintiff hereby demands a trial by jury and designates David J. Oliveira, Esq. as her trial counsel.***

______________________

**David J. Oliveira, Esq. (#2516)**