# United States District Court

DISTRICT OF

Helen Mercier, as the sole heir at law of her late mother, Edwina Mercier

V.

Harborside RI Limited Partnership, by and through its General partner, Harborside Health I. Corp., d/b/a Harborside Healthcare Pawtuxet Village

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 445ML

TO: (Name and address of defendant)

Corporation Service Company
222 Jefferson Boulevard, Suite 200
Warwick, RI 02888

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Oliveira, Esq.
155 South Main Street
Suite 305
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 11/2/05

(BY) DEPUTY CLERK

## RETURN OF SERVICE

FILED
2005 NOV -7 P 12:26
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| Service of the Summons and Complaint was made by me | DATE 11-3-05 |
|---|---|
| NAME OF SERVER *(PRINT)* Dean Botelho | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other *(specify)*: Service made upon A/F/S Richard D'Amico of Corporation Service Company

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 30 — | 30 — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-3-05
*Date*

[signature] Dean Botelho lic. # 6014
*Signature of Server*

PO Box 41178 Prov RI 02940-1178
*Address of Server*

+ Richard D'Amico

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.