UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION NO: 05-445ML

HELEN MERCIER, as the sole heir at law of her late mother, Edwina Mercier
Plaintiff,

v.

HARBORSIDE RHODE ISLAND LIMITED PARTNERSHIP, by and through its General partner, HARBORSIDE HEALTH 1. CORP., D/B/A HARBORSIDE HEALTHCARE PAWTUXET VILLAGE
Defendant

**ANSWER OF DEFENDANT, HARBORSIDE HEALTHCARE PAWTUXET VILLAGE TO PLAINTIFF'S COMPLAINT**

**PARTIES**

1. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

2. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

**JURISDICTION**

3. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

**GENERAL ALLEGATIONS**

4. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

5. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

6. The allegations of this paragraph are denied.

7. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

8. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

9. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

10. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

## COUNT I

11. The defendant repeats and reasserts its answers to the preceding paragraphs.

12. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and calls upon the plaintiff to prove same.

13. The allegations of this paragraph are denied.

14. The allegations of this paragraph are denied.

15. The allegations of this paragraph are denied.

## JURY DEMAND

The defendant demands a trial by jury on all counts and issues.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Defendant says that the action is barred by the applicable statute of limitations.

### SECOND AFFIRMATIVE DEFENSE

The Defendant says that the injuries allegedly sustained by the Plaintiff resulted from dangers the risk of which the Plaintiff assumed and, therefore, the Plaintiff cannot recover.

### THIRD AFFIRMATIVE DEFENSE

The Defendant says that if the Plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct the Defendants were not and are not legally responsible.

**FOURTH AFFIRMATIVE DEFENSE**

The Defendant says that the negligence of the Plaintiff was greater than the alleged negligence of the Defendant and that such negligence of the Plaintiff contributed to her alleged injury and, therefore, the Plaintiff is barred from recovery.

**FIFTH AFFIRMATIVE DEFENSE**

The Defendant says that the Plaintiff was guilty of contributory negligence and that the damages, if any, recovered by the Plaintiff from the Defendant should be reduced in proportion to the said negligence of the Plaintiff.

**SIXTH AFFIRMATIVE DEFENSE**

The plaintiff's complaint should be dismissed as the complaint misnames the defendant.

**SEVENTH AFFIRMATIVE DEFENSE**

Service of process is insufficient.

THE DEFENDANT,
HARBORSIDE HEALTHCARE PAWTUXET VILLAGE
By its attorney,

Paul V. Sullivan

Paul V. Sullivan, #5712
MORRISON MAHONEY LLP
121 SOUTH MAIN STREET, SUITE 600
PROVIDENCE, RI 02903
(401) 331-4660

DATE: 11-17-05



602068v1

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the foregoing **ANSWER OF DEFENDANT, HARBORSIDE HEALTHCARE PAWTUXET VILLAGE TO PLAINTIFF'S COMPLAINT** to all counsel of record in this action by mailing the same, postage prepaid to:

David J. Oliveira, Esq.
155 South Main Street, Suite 305
Providence, R.I. 02903
(401) 274-9191

Date: 11/17/05

[signature]



602068v1