UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Paul Sullivan, Esq.

RE: CA 05-445ML

Helen Mercier, et al v. Harborside RI Limited

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 1 / 26 / 06 and have made the following determination:

____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

✓ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

____ 8. Document violates Amended General Order 2002-01.

✓ 9. Other: missing $50 - check

ENTER:

[signature]

United States Magistrate Judge

Date: 1/26/06

cc: Counsel of Record

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

Helen Mercier, et al

v. C.A. No. O5-445ML

Harborside Rhode Island Limited Partnership, et al

**DEFENDANT'S MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**
**(Re: Joseph Desmond Esq.)**

Defendant Harborside Healthcare Pawtuxet Village hereby moves that Joseph M. Desmond be admitted PRO HAC VICE in the above case as associate trial counsel with local counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which counsel specializes in: **Medical Malpractice Defense, specifically nursing home liability.**
- Counsel's long-standing representation of the client: **Counsel for Defendant Harborside Rhode Island Limited's parent corporation in Florida, Connecticut and Massachusetts.**
- The local trial bar lacks experience in the field of:
- The case involves complex legal questions under the law of a foreign jurisdiction with which counsel is familiar, specifically:
- The case requires extensive discovery in a foreign jurisdiction convenient to counsel, as follows:
- It is a **Medical Malpractice/nursing home liability** case, and counsel is defendant's counsel of choice.
- Other: **Attorney Desmond has a long-standing relationship with the defendant which has requested Mr. Desmond's participation**.

[signature]

By: Paul Sullivan, Esq.
Attorney for Defendant
Harborside Healthcare dba
Harborside Healthcare Pawtuxet
Village

Dated: 1/20/06