UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

Helen Mercier, et al

v. C.A. No. O5-445ML

Harborside Rhode Island Limited Partnership, et al

COPY

**DEFENDANT'S MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**
**(Re: Joseph Desmond Esq.)**

Defendant Harborside Healthcare Pawtuxet Village hereby moves that Joseph M. Desmond be admitted PRO HAC VICE in the above case as associate trial counsel with local counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which counsel specializes in: **Medical Malpractice Defense, specifically nursing home liability.**
- Counsel's long-standing representation of the client: **Counsel for Defendant Harborside Rhode Island Limited's parent corporation in Florida, Connecticut and Massachusetts.**
- The local trial bar lacks experience in the field of:
- The case involves complex legal questions under the law of a foreign jurisdiction with which counsel is familiar, specifically:
- The case requires extensive discovery in a foreign jurisdiction convenient to counsel, as follows:
- It is a **Medical Malpractice/nursing home liability** case, and counsel is defendant's counsel of choice.
- Other: **Attorney Desmond has a long-standing relationship with the defendant which has requested Mr. Desmond's participation**.

[signature]

By: Paul Sullivan, Esq.
Attorney for Defendant
Harborside Healthcare dba
Harborside Healthcare Pawtuxet
Village

Dated: 1/25/06

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

COPY

I hereby certify as follows:

(1) I am a member in good standing of the bar of the States of **Massachusetts and New Hampshire** and of the following Federal District Court and/or Court of Appeals Bars, **US District Court for the District of Massachusetts, US District Court for the District of Massachusetts NH,** and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

- RI federal court cases: None
- RI state court cases: Gerundio v. Harborside; KC 04-0676; September 2004
  Waters v. Harborside; KC 05-0721; October 2005

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

[signature]
Name: Joseph M. Desmond

Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
Business Address
617-439-7500
Tel. #
617-342-4935
Fax #

[signature]
Paul V. Sullivan, RI Bar#5712
Local AssociateCounsel

Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903
Business Address
401-331-4660
Tel. #
401-351-4420
Fax #

**Order:**

This motion is hereby Granted

U.S. District Judge Mary M. Lisi
Date: 2/22/06

pro hac vice motion (rev. 3/05)