UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HELEN MERCIER, as the sole heir at law of her late mother, Edwina Mercier
Plaintiff

v.

C.A. No.: 05 445ML

HARBORSIDE RHODE ISLAND LIMITED PARTNERSHIP, by and through its General partner, HARBORSIDE HEALTH I. CORP., d/b/a HARBORSIDE HEALTH-CARE PAWTUXET VILLAGE
Defendant

**Jury Trial Demanded**

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

Plaintiff hereby moves this honorable court for an order enlarging by forty-five (45) days, the time within which Plaintiff may respond to Interrogatories and a Request for Production which Defendants served on March 14, 2006. Under the Rules of this Court, responses presently are due on April 17, 2006.

For grounds, Plaintiff notes that she has been living out of state for an extended time caring for a relative who is undergoing intensive treatment for cancer. This displacement and preoccupation with a serious situation has rendered it difficult for Plaintiff to complete her discovery responses.

Additionally, counsel have agreed to submit this matter to mediation before Magistrate Judge Lovegreen (whom the court identified at the Pre-trial Conference as the intended mediator) in the immediate future, in part in an effort to avoid the demands and expenses of litigation.

Granted. Mary M. Lisi USDJ 4/13/06

Accordingly, for the reasons set forth above, Plaintiff respectfully requests that the Court grant this motion.

Plaintiff,
By her Attorney,

DAVID J. OLIVEIRA, ESQ. (#2516)
155 South Main Street, Suite 305
Providence, RI 02903
(401) 274-9191
(401) 274-9190 (Fax)
Date: 4/11/06

**CERTIFICATION**

I hereby certify that the within was mailed to **Paul V. Sullivan, Esq.**, Morrison Mahoney LLP, 121 South Main Street, Suite 600, Providence, RI 02903, **Joseph Desmond, Esq.**, Morrison Mahoney LLP, 250 Summer Street, Boston, MA 02210, on this 11th day of April, 2006.