UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAY 18 '06
US DISTRICT COURT
DISTRICT OF RHODE ISLAND

HELEN MERCIER, as the sole heir at law of her late mother, Edwina Mercier
Plaintiff,
v.
HARBORSIDE RHODE ISLAND LIMITED PARTNERSHIP, by and through its General partner, HARBORSIDE HEALTH CORP., D/B/A HARBORSIDE HEALTHCARE PAWTUXET VILLAGE,
Defendant.

CIVIL ACTION NO: 05-445ML

COPY

**JOINT MOTION TO EXTEND TIME FOR FACT AND EXPERT DISCOVERY**

The parties jointly request this Honorable Court to extend by four months the pre-trial order in this matter. In support of their request, the parties state that Judge Lovegreen will conduct a court-ordered settlement conference on June 1, 2006. Additionally, the court previously granted the plaintiff's motion for a further 45-days to respond to the defendant's discovery requests, making those responses due on or before June 1, 2006 – which is after the date set in the pre-trial order for defendant expert witness disclosure. The parties do not make this request lightly or with disregard for the Court's interest in timely resolution of this action.

WHEREFORE, the parties respectfully request that this Court amend the Pretrial Order as follows:

1. All discovery. Will close **December 28, 2006**.
2. Plaintiff Expert Witness Disclosure. Shall be made by **August 28, 2006**.
3. Defendant Expert Witness Disclosure. Shall be made by **September 28, 2006**.
4. Dispositive Motions. Dispositive motions shall be filed by **January 11, 2006.**
5. Pretrial Memorandum. Pretrial memorandum due by **January 28, 2006**, if no dispositive motions filed; otherwise due 30 days after a decision on any dispositive motion.

Granted. Mary M. Lisi USDJ 5/19/06

HELEN MERCIER, as the sole heir at law of her late mother, Edwina Mercier,
By her Attorneys,

David J. Oliveira, #2516
155 South Main Street, Suite 305
Providence, RI 02903
Tel: (401) 274-9191
Fax: (401) 274-9190

Dated: 5/15/06

HARBORSIDE RHODE ISLAND LIMITED PARTNERSHIP, by and through its General partner, HARBORSIDE HEALTH CORP., D/B/A HARBORSIDE HEALTHCARE PAWTUXET VILLAGE
By its Attorneys,

MORRISON MAHONEY LLP

Joseph Desmond, Esq., *pro hac vice*
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420
Dated: 5/10/06