UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
OCT 18 2006
Property of U.S. District Court
District of Rhode Island

HELEN MERCIER, as the sole heir at law of her late mother, Edwina Mercier
Plaintiff

v.

HARBORSIDE RHODE ISLAND LIMITED PARTNERSHIP, by and through its General partner, HARBORSIDE HEALTH I. CORP., d/b/a HARBORSIDE HEALTH-CARE PAWTUXET VILLAGE
Defendant

C.A. No.: 05 445ML

**DISMISSAL STIPULATION**

Plaintiff hereby dismisses the within action without prejudice, no interest or costs.

Plaintiff,
By her attorney,

DAVID J. OLIVEIRA, ESQ. (#2516)
155 South Main Street, Suite 305
Providence, RI 02903
(401) 274-9191
(401) 274-9190 (Fax)

Date: 10/18/06

Defendants,
By their attorneys,

PAUL V. SULLIVAN, ESQ.
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903
(401) 331-4660

Date: 10/18/06

Enter:
Mary M. Lisi
USDJ 10/18/06