RECEIVED

OCT 19 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HELEN MERCIER, as the sole heir at law of her late mother, Edwina Mercier
Plaintiff

v.

HARBORSIDE RHODE ISLAND LIMITED PARTNERSHIP, by and through its General partner, HARBORSIDE HEALTH I. CORP., d/b/a HARBORSIDE HEALTH-CARE PAWTUXET VILLAGE
Defendant

C.A. No.: 05 445ML

**AMENDED DISMISSAL STIPULATION, WITH PREJUDICE**

Plaintiff hereby dismisses the within action with prejudice, no interest or costs.

Plaintiff,
By her attorney,

DAVID J. OLIVEIRA, ESQ. (#2516)
155 South Main Street, Suite 305
Providence, RI 02903
(401) 274-9191
(401) 274-9190 (Fax)

Date: 10/18/06

Defendants,
By their attorneys,

PAUL V. SULLIVAN, ESQ.
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903
(401) 331-4660

Date: 10/18/06

Enter:
Mary M. Lisi USDJ 10/20/06